IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIOVANNI MORALES, | : | Civil No. 1:24-CV-01081 |
| Plaintiff, | : | |
| v. | : | |
| BIERLY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion for summary judgment, Doc. 36, is **DENIED**.

2. Defendants' motion for judgment on the pleadings under Fed. R. Civ. P. 12(c), Doc. 74, is **GRANTED**.

3. The claims that survive Defendants' motion for judgment on the pleadings are all claims of negligence, Eighth Amendment claims associated with the March 2, 2024 and June 10, 2024 use of force incidents, the Eighth Amendment conditions of confinement claim from February 14, 2024, and the claims under the Religious Land Use and Initialized Persons Act.

4. Plaintiff may file an amended complaint by **December 17, 2025**.

5. Any amended complaint must be titled "Amended Complaint," filed under the above captioned case number, and set forth <u>all</u> claims Plaintiff intends to pursue, including those that survived Defendants' Rule 12(c) motion. *See* Local Rule 15.1.

6. Defendants' motion for an order to release prison GTL messages, Doc. 84, is **DENIED** without prejudice.

7. Plaintiff's motion to compel, Doc. 88, and brief in support, Doc. 89, are **DEEMED** unsigned. Properly signed copies of the motions

    must be filed with the court by **December 17, 2025** or the documents will be stricken from the record.

8. Plaintiff's motion for an extension of time to file a reply brief in his motion to compel, Doc. 95, is **GRANTED** and the reply brief may be filed by **December 17, 2025**.

9. Plaintiff's motions to appoint counsel, Docs. 74, 97, are **DENIED** without prejudice.

10. Defendants' motion to compel discovery, Doc. 97, is **GRANTED**. Plaintiff shall provide responses to the deficiencies identified by Defendants by **December 31, 2025**.

11. The fact discovery deadline is hereby extended to **January 30, 2026**.

12. Dispositive motions and briefs in support shall be filed by **February 27, 2026**.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Judge
                                              Middle District of Pennsylvania