**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GIOVANNI MORALES,<br><br>Plaintiff,<br><br>v.<br><br>BIERLY, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:24-CV-01081<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

# ORDER

**AND NOW,** on this 17th day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss for failure to follow court orders, Doc. 108, is **DENIED** without prejudice.
2. Plaintiff's motion to compel, Doc. 110, is **DENIED**.
3. Defendants' motion for an order directing the Department of Corrections to release GTL messages, Doc. 113, is **GRANTED**.
4. The Pennsylvania Department of Corrections is hereby **ORDERED** to produce the GTL messages it has in its possession, custody, or control of communication between Plaintiff and Clarissa Garcia, Lilivet Leandry-Morales, and Roxanne Leandry-Morales, from December 1, 2023 to the present.
5. The use of these messages is **LIMITED** to the needs presented in the above-captioned action and shall not be disclosed for purposes outside the above-captioned action.
6. Plaintiff's request for a subpoena, Doc. 118, is **DENIED** without prejudice.

7. Dispositive motions <u>and</u> supporting briefs will be filed by **<u>October 13, 2026</u>**.

8. A status conference will be conducted via telephone by the court on **<u>September 21, 2026 at 2:00 p.m.</u>**. The parties shall call-in to the conference call number 570-218-8447 using the phone conference ID 660 227 256#. The court shall make arrangements with SCI-Houtzdale to connect Plaintiff, who is self-represented. The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues. Participation in this conference by counsel and by self-represented parties is mandatory. Any counsel of record may participate in this conference call.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania